ACCEPTED
03-15-00528-CV
8124509
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 4:36:01 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00528-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 4:36:01 PM
JEFFREY D. KYLE
Clerk

TEXAS EDUCATION AGENCY AND MICHAEL WILLIAMS,
COMMISSIONER OF EDUCATION, IN HIS OFFICIAL CAPACITY,

*Appellants*

v.

ACADEMY OF CAREERS AND TECHNOLOGIES, INC. D/B/A
ACADEMY OF CAREERS AND TECHNOLOGIES CHARTER SCHOOL,

*Appellee*

ACCELERATED APPEAL FROM CAUSE NO. D-1-GN-15-002879
200TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Academy of Careers and Technologies, Inc. d/b/a Academy of Careers and Technologies Charter School file this motion requesting a 30-day extension of time for filing its brief in this appeal. Appellee respectfully shows:

1.    Appellee's brief is currently due on December 9, 2015.

2.    Appellee requests a 30-day extension of time, or until January 8, 2016, for filing its brief. Appellee has received one previous extension.

3. The undersigned counsel was not involved in the trial court proceeding until after the temporary injunction/plea to the jurisdiction hearing and has been given sole responsibility for preparing Appellee's brief. Counsel needs additional time to review the record, conduct the necessary research, and prepare a brief that will assist the Court in resolving this appeal.

4. The demands of other cases have also made this motion necessary. Specifically, the undersigned has been occupied with or has managed conflicting deadlines for the following matters:

- post-trial briefing in *Johnson Ranch Municipal Utility District v. Patricia Lux Graham and Margie Hastings*, No. C2014-0438B in the 207th Judicial District Court of Comal County, Texas;

- post-submission briefing in *Microsoft Corporation v. Michael Mercieca*, No. 14-15-00024-CV in the Fourteenth Court of Appeals;

- appellant's brief in *CorpSol, Inc., et al. v. Texas Property and Casualty Insurance Guaranty Association*, No. 03-15-00074-CV in the Third Court of Appeals (currently due on December 17, 2015 by extension);

- briefing on the merits in *Tom Bennett and James B. Bonham Corporation v. Larry Wayne Grant*, No. 15-0338 in the Supreme Court of Texas (currently due on December 21, 2015); and

- obtaining and reviewing the 11,000-page electronic record on appeal to prepare appellant's brief in *Claimant ID 100068236 v. BP Exploration & Production, Inc.*, No. 15-30860 in the United States Court of Appeals for the Fifth Circuit (currently due on January 5, 2015 by extension).

## CONCLUSION AND PRAYER

For these reasons, Appellee respectfully asks the Court to grant this unopposed motion for extension of time, thus making its brief due on January 8, 2016. Appellee requests all other appropriate relief to which it is entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 (fax)

By: _/s/D. Todd Smith_
     D. Todd Smith
     State Bar No. 00797451
     todd@appealsplus.com

*Counsel for Appellee*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Erika Laremont, counsel for Appellant, who informed me that Appellant does not oppose the relief requested in this motion.

_/s/ D. Todd Smith_
D. Todd Smith

**CERTIFICATE OF SERVICE**

On December 7, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service, e-mail, facsimile, or mail to:

Erika M. Laremont
erika.laremont@texasattorneygeneral.gov
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548

*Counsel for Appellants*

/s/ D. Todd Smith
D. Todd Smith
